UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 29, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>KEVIN MICHAEL WOOD, )<br>)<br>Defendant. ) | Case No. 2:14-CR-00144-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>KEVIN MICHAEL WOOD</u>, Case No. <u>2:14-CR-00144-MCE</u>, Charge <u>Title 18 USC § 2422(b)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    ✔  Bail Posted in the Sum of $ <u>100,000.00 (co-signed)</u>

        ✔  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

    ✔  (Other)  <u>With pretrial supervision and conditions of release as stated on the record in open court. Dft to be released on 5/30/14 at 9:00 am to the custody of Pretrial Services.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>May 29, 2014</u> at <u>3:10</u> pm.

By  _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge