1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    MATTHEW M. SCOBLE, #237432
     Assistant Federal Defender
3    Designated Counsel for Service
     801 I Street, 3rd Floor
4    Sacramento, CA  95814
     Telephone: (916) 498-5700
5
     Attorney for Defendant
6    KEVIN MICHAEL WOOD

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10   UNITED STATES OF AMERICA,          )   Case No. 14-cr-144 MCE
                                        )
11                     Plaintiff,       )   STIPULATION AND ORDER
                                        )   CONTINUING STATUS CONFERENCE
12          v.                          )   AND EXCLUDING TIME
                                        )
13   KEVIN MICHAEL WOOD,                )   Date:   August 28, 2014
                                        )   Time:   9:00 a.m.
14                     Defendant.       )   Judge:  Morrison C. England, Jr.
                                        )
15

16         IT IS HEREBY STIPULATED by and between the parties hereto through their

17   respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff,

18   and MATTHEW SCOBLE, attorney for KEVIN MICHAEL WOOD, that the status conference

19   hearing date of July 31, 2014 be vacated, and the matter be set for status conference on August

20   28, 2014 at 9:00 a.m.

21         This continuance is to allow defense counsel additional time to review discovery with the

22   defendant, as well as continue negotiations toward resolving the case.

23         Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

24   should be excluded from the date of signing of this order through and including August 28, 2014

25   pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

26   T4 based upon continuity of counsel and defense preparation.

27   / / /

28   / / /

     Stipulation to Continue Status Conference        -1-              *US v. Wood, 14-144 MCE*

1   DATED: July 29, 2014                   HEATHER E. WILLIAMS
                                           Federal Defender
2

3                                          /s/ Matthew M. Scoble
                                           MATTHEW M. SCOBLE
4                                          Assistant Federal Defender
                                           Attorney for KEVIN MICHAEL WOOD
5

6   DATED: July 29, 2014                   BENJAMIN B. WAGNER
                                           United States Attorney
7

8                                          /s/ Matthew M. Scoble for
                                           KYLE REARDON
                                           Assistant U.S. Attorney
9                                          Attorney for Plaintiff

10

11                                  **ORDER**

12          UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

13   July 31, 2014, status conference hearing be continued to August 28, 2014, at 9:00 a.m.  Based on

14   the representation of defense counsel and good cause appearing there from, the Court hereby

15   finds that the failure to grant a continuance in this case would deny defense counsel reasonable

16   time necessary for effective preparation, taking into account the exercise of due diligence.  The

17   Court finds that the ends of justice to be served by granting a continuance outweigh the best

18   interests of the public and the defendant in a speedy trial.  It is ordered that time up to and

19   including the August 28, 2014 status conference shall be excluded from computation of time

20   within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to

21   18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable

     time to prepare.

22          IT IS SO ORDERED.

23   Dated:  July 30, 2014

24

25   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
26   UNITED STATES DISTRICT COURT

27

28