

FILED
MAY 18 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.scoble@fd.org

Attorney for Defendant
KEVIN WOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00144 MCE DAD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY PRE-TRIAL RELEASE CONDITIONS |
| v. | |
| KEVIN WOOD, | |
| Defendant. | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Kevin Wood, through their respective attorneys, that the release conditions imposed on Mr. Wood on May 29, 2014, may be modified as set forth below.

Throughout his case, Mr. Wood has been subject to location monitoring [LM]. At this point in the proceedings, Mr. Wood has now been sentenced and has a self-surrender date of May 21, 2015 [Dkt. #45]. Mr. Wood has been designated to a Bureau of Prisons facility in Texas and plans to surrender himself to that institution. He has arranged airline tickets and overnight accommodations in Texas. Pre-Trial Services Officer Basurto has confirmed his itinerary. Also verified by Pre-Trial services is that he will travel with his father. Mr. Wood will need to have his LM device removed before he leaves Sacramento. Pretrial services does not oppose this request.

Accordingly, the parties and Pre-Trial Services agree that the the location monitoring unit and radio frequency transmitter device may be disconnected and removed on or about May 19, 2015, at 3:00 pm, from this date and time until he self surrenders, on May 21, 2015.

All other conditions shall remain in force.

Dated: May 15, 2015

        Respectfully submitted,

        HEATHER E. WILLIAMS
        Federal Defender

        */s/ MATTHEW M. SCOBLE*
        MATTHEW M. SCOBLE
        Assistant Federal Defender
        Attorney for Defendant
        KEVIN WOOD

Dated: May 15, 2015

        BENJAMIN B. WAGNER
        United States Attorney

        */s/ M. Scoble for M. Rodriguez*
        MICHELLE RODRIGUEZ
        Assistant U.S. Attorney

# ORDER

Based upon the stipulation of the parties, and good cause appearing therefore, it is hereby ordered that the location monitoring unit and radio frequency transmitter device may be disconnected and removed on or about May 19, 2015, at 3:00 pm, from this date and time until the defendant self surrenders, on May 21, 2015.

All other conditions shall remain in force.

IT IS SO ORDERED.

Dated: May 18, 2015

*/s/ Dale A. Drozd*
HON. DALE A DROZD
United States Magistrate Judge